Argued and submitted September 26, affirmed, sentence modified October 31, 1984, reconsideration denied March 8, petition for review denied April 23, 1985 (299 Or 118)

STATE OF OREGON,
*Respondent,*

*v.*

ALAN THEODORE KENTTA,
*Appellant.*

(CR830389, CR830824; CA A29448, A29449)
(Cases Consolidated)

689 P2d 1329

Sally Avera, Salem, argued the cause for appellant. On the brief were Gary D. Babcock, Public Defender, and Carla D. Thompson, Salem.

Thomas H. Denney, Assistant Attorney General, Salem, argued the cause for respondent. On the brief were Dave Frohnmayer, Attorney General, James E. Mountain, Jr., Solicitor General, and Christine L. Dickey, Assistant Attorney General, Salem.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals his convictions of murder and of tampering with a witness. He assigns five errors, only one of which requires our attention.

Defendant contends, and the state concedes, that the trial court erred in imposing a mandatory minimum of 15 years on his life sentence for murder. *State v. Macy,* 295 Or 738, 671 P2d 92 (1983).

The portion of the sentence imposing a 15-year minimum on the life sentence for the murder conviction is vacated; otherwise affirmed.